HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERIE BURKE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WASHINGTON FINE WINE & SPIRITS, LLC, a Washington Limited Liability Company, and DOES 1-10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:24-cv-00905-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

ORDER GRANTING STIPULATED
MOTION TO DISMISS
(NO. 2:24-cv-00905-RAJ) - 1

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205
TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

The Court, having received the Stipulated Motion to Dismiss, hereby orders that the Stipulated Motion is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii), all claims in this matter are DISMISSED without prejudice and without a separate award of costs and attorneys' fees.

DATED this 9th day of July, 2024.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO DISMISS
(NO. 2:24-cv-00905-RAJ) - 2

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205
TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM